## CONTINGENCY FILING STATEMENT

Case: Christenson v. Meriter Hospital et al.

Jurisdiction: U.S. District Court – Western District of Wisconsin

To the Clerk of Court:

I, Lei-Le Isaura Jade Christenson, submit this Contingency Filing Statement in support of our emergency federal filing against Meriter Hospital and associated staff.

Due to the following urgent and exceptional circumstances, we are currently unable to file these materials in person and respectfully request acceptance of our complaint and all accompanying documents via email and subsequent submission by U.S. Mail as necessary:

1. Postpartum Medical Condition:

    Plaintiff Lei-Le Christenson is in the early postpartum period and suffers from multiple health complications, including Superior Mesenteric Artery Syndrome (SMAS), ongoing PICC line history, and disability-related barriers that limit in-person mobility and access.

2. Active Housing Instability:

    We are currently experiencing emergency housing challenges, forcing us to remain in Milwaukee temporarily while coordinating emergency resources and medical care. This has made travel to the Western District of Wisconsin courthouse unfeasible at this time.

3. Urgent Legal Timeline:

    A hearing is scheduled next week in a related family court matter (improperly tied to the events stemming from this same hospital misconduct), and we believe removal and federal intervention are both time-sensitive and legally warranted.

4. Constitutional Concerns & Procedural Violations:

    We are invoking our right to seek protection under federal law due to repeated due process violations, medical neglect, ADA violations, and emotional and physical trauma caused by the defendants.

We are submitting this contingency notice in good faith and intend to fully comply with all federal procedures once this filing is accepted. A complete paper filing can and will be submitted by mail immediately following electronic delivery, or delivered in person once logistical and safety issues are resolved.

Respectfully submitted,

/s/ Lei-Le Isaura Jade Christenson

Without prejudice UCC 1-308 / UCC 1-103

All rights reserved, without recourse

Date: 04/24/2025