JS 44 (Rev. 10/20)

CIVIL COVER SHEET

This JS-44 Civil Cover Sheet is submitted for use by the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

I. (a) PLAINTIFF

Lei-Le Isaura Jade Christenson

(b) DEFENDANT

Meriter Hospital

UW Health – Meriter

Involved Medical Staff (to be named as discovered)

(c) County of Residence of First Listed Plaintiff: Dane County, WI

County of Residence of First Listed Defendant: Dane County, WI

(Note: In land condemnation cases, use the location of the tract of land involved.)

(d) Attorneys (Firm Name, Address, and Telephone Number):

Pro Se – Lei-Le Christenson

(Attorney-in-fact filing; contact information can be provided in filing documents)

II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 3. Federal Question (U.S. Government Not a Party)

III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

Not applicable — this is a federal question case

IV. NATURE OF SUIT (Place an "X" in One Box Only)

☒ 440 Other Civil Rights

☒ 550 Civil Rights – Constitutional

☒ 555 Prisoner Civil Rights (Custody-related misconduct by hospital reporting)

☒ 365 Personal Injury – Medical Malpractice

☒ 442 Employment/Disability Discrimination (ADA violation for denying care during pregnancy with PICC line)

☒ 890 Other Statutory Actions (Insurance fraud, medical billing fraud)

V. ORIGIN

☒ 1 Original Proceeding

VI. CAUSE OF ACTION

Brief Description:

Plaintiffs bring this federal civil rights and tort action against Meriter Hospital and affiliated staff for egregious violations of constitutional rights, medical negligence, and insurance fraud including:

• Falsely documenting an HIV diagnosis without consent, notification, or basis.

• Falsifying a gestational diabetes test the plaintiff never consented to or completed, creating fraudulent billing for insurance.

• Denying plaintiff a birth plan despite a high-risk pregnancy and PICC line.

• Stealing and failing to document the disposition of the placenta post-birth, with no consent or explanation.

• Committing psychological and physical harm through mismanagement, coercive care, and gross neglect.

Claims arise under the U.S. Constitution (14th Amendment – due process, equal protection), the ADA, and federal and state medical laws concerning informed consent and patient rights.

## VII. REQUESTED IN COMPLAINT

☒ Monetary Relief

☒ Injunctive Relief

☒ Jury Demand: ☒ Yes ☐ No

---

## VIII. RELATED CASE(S), IF ANY

If filed with prior agency complaints, bar complaints, or state court filings, list them in your federal filing. We can list relevant agency complaint numbers and submission dates.